UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. _____

CHANTAL WILLIAMS,

 Plaintiff,

vs.

SPIRIT AIRLINES, INC.,

 Defendant.
_____/

## NOTICE OF REMOVAL

Defendant Spirit Airlines, Inc. ("Defendant" or "Spirit"), pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action from the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, where the action is now pending, to the United States District Court for the Southern District of Florida. The removal of this action is based upon the following:

1. On or about November 1, 2021, Plaintiff Chantal Williams ("Plaintiff") served Defendant with a civil action against the Defendant in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, entitled *Chantal Williams v. Spirit Airlines, Inc.,* Case No. CACE-21-018302 (the "State Court Action"). The Amended Complaint asserts a claim for race discrimination under 42 U.S.C. § 1981 (Count I); and (2) a claim seeking unpaid overtime compensation (Count II); and a claim seeking alleged unpaid minimum wages under the Florida Minimum Wage Act. (Count III).

2. This action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331 because Plaintiff has asserted claims under federal law

(42 U.S.C. § 1981). Furthermore, the Complaint seeks overtime compensation, which depends on the resolution of a substantial question of federal law (*i.e.*, the FLSA). *See* 29 U.S.C. § 207; 29 U.S.C. § 213(b)(3). When a "complaint establishes either that federal law creates the cause of action or that the plaintiff's right to relief depends on the resolution of a substantial question of federal law, a claim 'arises' under federal law for section 1331 purposes." *Roman v. Hooters Spring Hill, Inc.*, 2016 WL 8997452, at **2-3 (M.D. Fla. July 8, 2016).

3. This Court has supplemental jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1367(a). *See Norris v. Lake Conway Landscaping of Orlando*, No. 614-cv-1512-Orl-37KR, 2014 WL 5472522, at *2 (M.D. Fla. Oct. 22, 2014) (denying motion to remand and finding the plaintiff's federal and state law claims arose from a common nucleus of facts where they related to his employment, entitlement to certain wages, and termination).

4. Spirit was served with the Complaint on November 18, 2021. *See* **Exhibit A.** This constituted Spirit's first legal notice of the State Court Action for purposes of removal. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty-days (30) from the date on which Spirit received notice of the State Court Action.

5. The District and Division embracing the place where such action is pending is the United States District Court for the Southern District of Florida, Fort Lauderdale Division. *See* 28 U.S.C. § 1441(a) ("any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court . . . for the district and division embracing the place where such action is pending.").

6. A true and correct copy of all process, pleadings, orders, and other papers of every kind currently on file in the State Court Action are attached hereto as **Composite Exhibit "B,"** as required by 28 U.S.C. § 1446(a). Spirit will file a copy of this Notice of Removal with the Clerk

of the Circuit Court of the 17th Judicial Circuit and simultaneously serve written notice of the filing of this Notice of Removal upon Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d).

7.  Pursuant to 28 U.S.C. § 1446(d), written Notice of the Removal has been served on Plaintiff and a copy was also filed in the Circuit Court of the 17th Judicial Circuit, in and for Broward County, Florida.  A copy of Spirit's Notice of Filing is attached hereto as **Exhibit "C."**

8.  WHEREFORE, Defendant Spirit Airlines, Inc. requests that this action, now pending in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida be removed to the United States District Court for the Southern District of Florida.

**Dated**: December 17, 2021

Respectfully submitted,

**LITTLER MENDELSON, P.C.**

By: */s/ Miguel A. Morel*
Miguel A. Morel
mamorel@littler.com
Florida Bar No. 89163
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida 33131
Tel. 305.400.7500

*Counsel for Defendant,*
*Spirit Airlines, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of December 2021, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

>                           */s/ Miguel A. Morel*
>                                *Miguel A. Morel*

## SERVICE LIST

Christopher J. Rush, Esq.
Florida Bar No. 621706
Christopher J. Rush & Associates, P.A.
Compson Financial Center, Suite 205
1880 North Congress Avenue
Boynton Beach, FL 33426
Telephone: (561) 369-3331
Facsimile:  (561) 369-5902
E-mail: crush@crushlawfl.com
Secondary: eservice@crushlawfl.com

*Counsel for Plaintiff*
*Served via CM/ECF and E-mail*